UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS, D99649,<br><br>Petitioner,<br><br>v.<br><br>THERESA CISNEROS, Warden.<br><br>Respondent. | Case No. 22-cv-00075-CRB  (PR)<br><br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS AND DENYING A CERTIFICATE OF APPEALABILITY**<br><br>(ECF Nos. 2 & 3) |

Petitioner, a state prisoner currently incarcerated at the Substance Abuse Treatment Facility and State Prison, Corcoran (SATF-CSP, Corcoran), filed three pro se petitions for a writ of habeas corpus under 28 U.S.C. § 2254 raising the same claims and issues: (1) Harris v. Cisneros, No. 22-cv-00073-CRB (PR) (N.D. Cal. filed Jan. 5, 2022); (2) Harris v. Cisneros, No. 22-cv-00074-CRB (PR) (N.D. Cal. filed Jan. 5, 2022); and (3) Harris v. Cisneros, No. 22-cv-00075-CRB (PR) (N.D. Cal. filed Jan. 5, 2022).

For the reasons set forth in the order dismissing the petition for a writ of habeas corpus and denying a certificate of appealability filed in Harris v. Cisneros, No. 22-cv-00074-CRB (PR), on April 11, 2022, the instant petition for a writ of habeas corpus is DISMISSED and petitioner's motion for bail (ECF No. 3) is DISMISSED as moot.

But based solely on petitioner's affidavit of poverty, his application for leave to proceed IFP (ECF No. 2) is GRANTED.

**IT IS SO ORDERED**.

Dated: April 11, 2022

_____
CHARLES R. BREYER
United States District Judge